# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    JOYCE A CHEERS

       Debtor(s)

Case No. 15-26143

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2015.

2) The plan was confirmed on 09/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/27/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 09/07/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $10,350.00 | |
| Less amount refunded to debtor | $337.51 | |
| **NET RECEIPTS:** | | **$10,012.49** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $440.99 | |
| Other | $30.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,470.99** |

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERITECH | Unsecured | 1,756.94 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 720.27 | 2,491.90 | 2,491.90 | 24.92 | 0.00 |
| CARFINANCE CAPITAL | Secured | 13,425.00 | 17,115.00 | 17,115.00 | 3,839.34 | 1,620.84 |
| CARFINANCE CAPITAL | Unsecured | 3,690.00 | 253.64 | 253.64 | 2.54 | 0.00 |
| CASHCALL INC | Unsecured | 979.75 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 1,313.53 | 1,313.53 | 13.14 | 0.00 |
| CELLULAR ONE CHICAGO | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| CHECK & GO | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEART & VASCULAR | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun Times | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 431.63 | 431.63 | 4.32 | 0.00 |
| CITY OF SPRINGFIELD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLE TAYLOR BANK | Unsecured | 471.87 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 786.00 | 1,203.58 | 1,203.58 | 12.04 | 0.00 |
| Convergent Outsourcing Inc | Unsecured | 887.42 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing Inc | Unsecured | 206.87 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITA | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITA | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITA | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITA | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITA | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITA | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 2,491.90 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ESCALLATE LLC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT MARKETING IN | Unsecured | 159.80 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 1,855.67 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 1,335.17 | 1,335.17 | 1,335.17 | 13.35 | 0.00 |
| IL DEPT OF HEALTHCARE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS EYE INSTITUTE | Unsecured | 386.50 | NA | NA | 0.00 | 0.00 |
| JEFFREY KRAMER MDSC | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| K JORDAN | Unsecured | 61.94 | NA | NA | 0.00 | 0.00 |
| MALCOLM X COLLEGE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| MAURO M PAES MD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 164.84 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 14,083.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 23,472.05 | NA | NA | 0.00 | 0.00 |
| MERCY PHYSICIAN BILLING | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL REESE MED CTR | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 162.67 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 914.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 10,559.64 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHC | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHC | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 454.32 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| PRIMECO COMMUNICATIONS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Provident Hospital Of Cook County | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Qwest | Unsecured | 1.15 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Redline Recovery | Unsecured | 493.32 | NA | NA | 0.00 | 0.00 |
| REHABILITATION ASSOC OF MIDWE | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 57.80 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 306.71 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,091.67 | 1,101.19 | 1,101.19 | 11.01 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 93.41 | NA | NA | 0.00 | 0.00 |
| Western Sky | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WORK FINANCIAL INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,115.00 | $3,839.34 | $1,620.84 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,115.00** | **$3,839.34** | **$1,620.84** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$8,130.64** | **$81.32** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,470.99 |
| Disbursements to Creditors | $5,541.50 |
| | |
| **TOTAL DISBURSEMENTS** : | **$10,012.49** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/18/2017                    By: /s/ Tom Vaughn _____
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**